Floyd Moot, Respondent, v. The Phœnix Insurance Company of Hartford, Connecticut, Appellant.— Judgment unanimously affirmed, with costs.

Joseph Murray, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant,— Order affirmed, with ten dollars costs and disbursements. All concurred, except Smith, P. J., and Kellogg, J., dissenting.

Frederick W. Newman, Respondent, v. Oaks Hotel Company, Appellant, Impleaded with Joseph A. Oaks.— Judgment and order unanimously affirmed, with costs.

The People of the State of New York, Respondent, v. Antoine J. Campbell, Appellant.— Judgment affirmed. All concurred.

The People of the State of New York ex rel. Matheson Lead Company, Relator, v. Otto Kelsey, as Comptroller of the State of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

The People of the State of New York ex rel. James Bradley, Respondent, v. Joseph Besch, as Sheriff of Albany County and Custodian of the Albany County Penitentiary, Appellant.— Order reversed and relator remanded to the custody of the defendant, on the authority of *People ex rel. Dauchy* v. *Pitts* (118 App. Div. 457). All concurred.

Penn Drug Company, Appellant, v. E. C. McKallor Drug Company, Respondent.— Judgment affirmed, with costs. All concurred.

Domencio Ravito, Appellant, v. Hudson Portland Cement Company, Respondent.— Order unanimously affirmed, with costs.

Maggie Rollson, Appellant, v. Harriet R. Peck, Respondent.—Judgment and order affirmed, with costs. All concurred, except Kellogg, J., dissenting.

Frank E. Smith, Appellant, v. The Board of Supervisors of the County of Essex, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

William J. Scott v. International Paper Company.— Motion denied.

John D. Schoonmaker and Jacob Rice, Copartners Doing Business under the Name and Style of Schoonmaker & Rice, Respondents, v. Henry Steers, Incorporated, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Smith, P. J., dissenting.

John D. Schoonmaker and Jacob Rice, Copartners, Doing Business under the Name and Style of Schoonmaker & Rice, Respondents, v. Henry Steers, Incorporated, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

Annie M. Smith, Appellant, v. The State of New York, Respondent.— Judgment unanimously affirmed, with costs.

Luigi Sciaresa, Respondent, v. St. Lawrence Pyrites Company, Appellant.— Judgment and order unanimously affirmed, with costs.

The Town of Plattekill, Ulster County, New York, Appellant, v. Cervonia Loynsberry, Respondent.— Judgment unanimously affirmed, with costs.

Albert A. Vaughn, Appellant, v. The Glens Falls Portland Cement Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

John Burlison, Respondent, v. William R. Hinsdale, Appellant.—Motion denied.